UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT DANIELS,

Plaintiff,

v.

CABRERA & REPHEN PC and
MARGE FINE,

Defendants.

CIVIL NO. 00-1439 (RHK/JMM)

ORDER/NOTICE OF HEARING

Plaintiff's Motion to Enforce the Settlement and Motion for Attorneys Fees and Costs [Docket No. 17] has been referred to the undersigned.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. A Hearing on Plaintiff's Motion to Enforce the Settlement and Motion for Attorneys Fees and Costs [Docket No. 17] will be held before the undersigned on July 18, 2001 at 3:00 p.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

2. Plaintiff's Motion was served and filed on May 17, 2001. Defendants shall serve and file their Response on or before July 9, 2001.

3. Plaintiff may serve and file a Reply on or before July 12, 2001.

4. The Order for Pretrial and Settlement Conference is withdrawn.

Dated: June 20, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________