# United States District Court
# District of Minnesota

Robert & Emily Daniels

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 00-1439RHK/JMM

Cabrera & Rephen, P.C.

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiffs do have and recover of and from said defendant the sum of $4,000 for unpaid balance pursuant to the terms and conditions of the Confession of Judgment attached to affidavit of counsel requesting default judgment be entered.

RICHARD D. SLETTEN, CLERK

DATED: September 7, 2001

By Denise LaFond
Denise LaFond, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 4,000 |
| **TOTAL JUDGMENT** | $ 4,000 |